1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  AMANI S. FLOYD (CABN 301506)
   Assistant United States Attorney
5
       60 South Market Street, Suite 1200
6      San Jose, California 95113
       Telephone: (408) 535-5596
7      FAX: (408) 535-5066
       Amani.Floyd@usdoj.gov
8
   Attorneys for United States of America
9

**FILED**

May 28 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. **CR 25-70622-MAG**
                                         )
14          Plaintiff,                   )  NOTICE OF PROCEEDINGS ON OUT-OF-
                                         )  DISTRICT CRIMINAL CHARGES PURSUANT TO
15     v.                                )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                                         )  RULES OF CRIMINAL PROCEDURE
16  SANDRA "SHAKIRA" FREGOSO             )
    SANCHEZ,                             )
17                                       )
            Defendant.                   )
18                                       )

19          Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20  that on May 27, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy

21  attached) issued upon an:

22     ☐      Indictment

23     ☐      Information

24     ☐      Criminal Complaint

25     X      Other (describe) _____Superseding Indictment_____

26  pending in the Eastern District of Arkansas, Case Number 4:25-CR-00018-JM.

27          In that case (copy of Superseding Indictment attached), the defendant is charged with a violation

28  of Title 18, Sections 371 and 922(a)(5).

1       Description of Charges: Conspiracy to Transfer a Firearm to an Out of State Resident.

2       The maximum penalties are as follows: 5 years of imprisonment, 3 years of supervised release,

3 $250,000 fine, $100 special assessment, forfeiture, potential deportation, and denial of federal benefits.

5 DATED: May 27, 2025           Respectfully submitted,

7                       CRAIG H. MISSAKIAN
                        United States Attorney

                          /s/

9                       AMANI S. FLOYD
                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 0 6 2025
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:25CR00018 JM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| BRIAN MICHAEL FULTS | ) | 26 U.S.C. §§ 5841, 5861(d), & 5871 |
| ADRIAN "ANDREW" ORTIZ | ) | 18 U.S.C. § 922(a)(5) |
| SANDRA "SHAKIRA" FREGOSO SANCHEZ | ) | 18 U.S.C. § 371 |
| ULYSSES PEREZ LOZANO | ) | |
| JONATHAN RIVERA LOPEZ | ) | |
| JOSE MENDEZ RAMIREZ | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about April 2022 through in or about January 2024, in the Eastern District of

Arkansas and elsewhere, the defendants,

BRIAN MICHAEL FULTS,
ADRIAN "ANDREW" ORTIZ,
SANDRA "SHAKIRA" FREGOSO SANCHEZ,
ULYSSES PEREZ LOZANO,
JONATHAN RIVERA LOPEZ, and
JOSE MENDEZ RAMIREZ,

knowingly, voluntarily, and intentionally joined in an agreement with one another, and others

known and unknown to the Grand Jury, to willfully transfer, trade, give, transport, and deliver

firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and

licensed collector of firearms, knowing and with reasonable cause to believe, that said person was

not then residing in the state of Arkansas, in violation of Title 18, United States Code, Section

922(a)(5).

## Objects of the Conspiracy

The object of the conspiracy were to be accomplished, in substance, as follows:

A.    BRIAN MICHAEL FULTS, a resident of Arkansas, purchased firearms in the state of Arkansas for the purpose of transporting and causing firearms to be transported to California. BRIAN MICHAEL FULTS delivered firearms to ADRIAN "ANDREW" ORTIZ and SANDRA "SHAKIRA" FREGOSO SANCHEZ (FREGOSO), who resided in Arkansas and California, for sale, distribution, and profit. BRIAN MICHAEL FULTS delivered firearms to ULYSSES PEREZ LOZANO (PEREZ), JONATHAN RIVERA LOPEZ, and JOSE MENDEZ RAMIREZ, none of whom resided in Arkansas for sale, distribution, and profit. SANDRA "SHAKIRA" FREGOSO SANCHEZ, ULYSSES PEREZ LOZANO, JONATHAN RIVERA LOPEZ, and JOSE MENDEZ RAMIREZ transferred money, including via CashApp and Zelle to BRIAN MICHAEL FULTS for the purpose of obtaining firearms.

B.    BRIAN MICHAEL FULTS, ADRIAN "ANDREW" ORTIZ, SANDRA "SHAKIRA" FREGOSO SANCHEZ, ULYSSES PEREZ LOZANO, JONATHAN RIVERA LOPEZ, and JOSE MENDEZ RAMIREZ, did not have a federal firearms license.

## Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Eastern District of Arkansas and elsewhere, on or about the dates set forth herein.

1.    In approximately June 2022, BRIAN FULTS met SANDRA "Shakira" FREGOSO SANCHEZ at a gun show in Arkansas. On June 11, 2022, FREGOSO SANCHEZ sent FULTS $100 via Cash App. Subsequent to the meeting, FREGOSO introduced FULTS to ADRIAN "Andrew" ORTIZ.

2.     On August 5, 2022, , FULTS texted ORTIZ, "I got a g22 if you wanted tye 22 and the 27 I'd do 1300 and you can meet me by my house if it's after 4:30." FULTS and ORTIZ agree to meet at the Bingham Road gas station later that day.

3.     On August 15, 2022, FULTS texted ORTIZ, "I have the Conway show this weekend though I'm getting 2 g30." FULTS texted ORTIZ, "The 30 will be 700, 19 675, 17 675, 26 675, G45 675." FULTS later texted ORTIZ, "2 g19, 1 g45, 1 stock 26, 1 17, 2 g29, Sw 40c mp." FULTS and ORTIZ agreed to meet at the gas station later that evening.  FULTS texted ORTIZ, "Lol ok cool I'm here."

4.     On August 16, 2022, FULTS texted ORTIZ, "I need some cash I'll sell you my custom 23 for 750 if your interested." On August 18, 2022, FULTS texted ORTIZ, "Just picked up a 30 and a 19x." FULTS texted ORTIZ, "2150 for all 3 and I'll look at the handle tonight." On August 19, 2022, FULTS and ORTIZ agreed to meet at the gas station.

5.     On September 3, 2022, FULTS texted ORTIZ, "Hey I should be picking up 2 23s later today if you want them instead the 27 is not in good shape I just got to looking at it I'm gonna have to work on it." Two minutes later, FULTS texted ORTIZ, "But the 30, 23, and 48 are all nice. I have a nice 26 if you don't wanna wait for the 23." FULTS and ORTIZ agreed to meet on Arch Street on September 5, 2022.

6.     On September 30, 2022, FULTS texted ORTIZ, "I'm about to look through the guns." FULTS texted ORTIZ, "31, 26, 22 with threaded barrel, 23 gen5, 48, zev 9mm size of a 19, 29, 48, 29, custom 26, custom 22." FULTS texted ORTIZ, "3250." FULTS then texted ORTIZ, "23, 26, 22, 48, 48 correct." FULTS and ORTIZ agreed to meet at the gas station.

7.     On October 1, 2022, between 9:23 a.m. and 5:47 p.m., FULTS texts ORTIZ multiple times.  FULTS texted ORTIZ, "Picked up 4 40s." FULTS later texts, "4 g22 and 1 23, I'd take 600 each on the 22s and 650 on the 23." Later that day, FULTS texts, "I picked up a g34

custom with binary trigger." FULTS later texts, "Pink Champagne. Figured Shakira might like it. For her 550." ORTIZ and FULTS agree to meet at the Dollar General on Scott Hamilton.

8.      On October 8, 2022, FULTS texted ORTIZ, "I think I got 2 23s." FULTS then texts ORTIZ, "Hey you can just swing by the house. Naw it's all good it's right down the road from the station." FULTS then provides his address in Little Rock.

9.      On October 29, 2022, FULTS texted ORTIZ, "27, 22, American flag 22, 21, 2 23s, and the hellcat pro." FULTS later texted ORTIZ, "yeah I gotta run to the town real quick but I'll run back to the house in about 45 minutes and meet you with those guns." FULTS and ORTIZ agreed to meet on October 30, 2022.

10.     On November 13, 2022, FULTS texted ORTIZ, "Cool what all did you want? The 2 26s and the 23 or just the plane 26 and 23. All 650 each." ORTIZ responded, "For rn just the plane 26 & 23." FULTS and ORTIZ agreed to meet later that day.

11.     On November 19, 2022, FULTS texted ORTIZ, "The sw 40s, custom 26, 29, 17, 21, 34,  hellcat pro." FULTS then texted ORTIZ, "I'm going to Bentonville next weekend and hopefully trade out and buy shit." ORTIZ responded, "How that 17 look bro? FULTS replied, "Looks good it's a gen 3. ORTIZ responded, "&& the 34 is the 457 right??&& Perfect lmk man when I get back I can gt some." FULTS replied, "The 34 is the long slide 9mm." On November 20, 2022, at 6:05 p.m., FULTS texted ORTIZ, "Which ones you want." ORTIZ responded, "The 21& I can check out the 17?" FULTS replied, "Ok I have 2 17s do you wanna look at both or just one." ORTIZ responded, "I'll look at both bro" and "I'm passing the gas station."

12.     On December 5, 2022, ORTIZ texted FULTS, "Hey good morning Bryan it's Andrew shakira's bf. This is my new number. You come across anything??" FULTS responded, "21, 23, 22." On December 7, 2022, ORTIZ texted FULTS, "Ohh damn you alright. && I can get the 23 bro && I'll probably get the 21s like in a week." On December 8, 2022, ORTIZ texted

FULTS, "We're going we'll be there like in 20 minutes." FULTS responded, "Cool you just want the 23 correct?" ORTIZ responded, "We're going we'll be there like in 20 minutes." At 5:36 p.m. on December 8, 2022, ORTIZ texted FULTS, "Pulling up bro."

13.    On December 11, 2022, ORTIZ texted FULTS, "You can send a picture of the 21 bro? When you get the chance." FULTS responded, "Ok." ORTIZ replied, "Anyway I can get the 21 after my girls off. She's off at 7." FULTS responded, "Ok cool I picked up a 26 today as well night sights." ORTIZ replied, "Be there in 10."

14.    On December 12, 2022, ORTIZ texted FULTS, "Is the other 21 Gen 4 too bro?" FULTS responded, "Yes sir." ORTIZ replied, "Can I get it bro?? Look ms like the one I just got." FULTS responded, "Yes sir and sir sir." ORTIZ replied, "Is tomorrow fine bro? My bad my girl is gonna do an overnight." On December 14, 2022, FULTS texted ORTIZ, "Are you coming to pick that glock up tonight." ORTIZ responded, "Is 8-830 cool?" FULTS replied, "Yes sir." Later that day, FULTS texted ORTIZ, "I'll meet you halfway down the road I'm headed that way now you'll see my big truck coming down with a trailer."

15.    On December 17, 2022, FULTS and ORTIZ discuss the acquisition of multiple firearms. FULTS texted ORTIZ, "Ok cool so the 27, 48, and 30 correct. 1900." On December 18, 2022, FULTS texted ORTIZ, "What time you wanna meet today? I picked up a few more glocks." ORTIZ responded, "Like around 8 ish bro. Whenever my girls id off work. Niiice what kind??" FULTS replied, "3 27s and a 22." FULTS and ORTIZ meet later that evening.

16.    On December 22, 2022, ORTIZ texted FULTS, "I'll grab one of those 27 tomorrow bro if the weather better than today." FULTS responded, "sounds good. I'll be home lol." On January 8, 2023, ORTIZ texted FULTS, "Good morning bro. Just got a new phone again. Can I get that 27 later on today?? After my girl off work." FULTS responded, "Yes but I have a rodeo till around 5. I also have a few 23s, 27s, a 32, 20." ORTIZ replied, "How the 32s look bro? How

much for that one??" FULTS responded, "Looks new. 700. But for you 650." ORTIZ replied, "I'll get that one then bro." ORTIZ texted FULTS, "Pulling in bro."

17.     On January 14, 2023, FULTS texted ORTIZ, "Got a nice g20 for 750." ORTIZ responded, "I'll holler at you for that soon bro." FULTS replied, "Cool I got a bunch of glocks lol." ORTIZ responded, "Coool what kind bro?? I'll grab a few next time I go out there." FULTS replied, "21, 22, 23, 26, 27, 19, 17, 20, 29 G30, xd9."    On January 15, 2023, FULTS texted ORTIZ, "You think if I fronted you a few you could turn them around quick." ORTIZ responded, "Lol I been telling my girl I wanted to ask you. I can definitely get them gone in a matter of 2-3 weeks Bt I'll definitely give you some money from my girl & my check within that time frame." FULTS replied, "Cool Man I trust you by now." FULTS and ORTIZ met around 7:30 p.m.

18.     On January 23, 2023, ORTIZ texted FULTS, "Hey what's up bro just wanted to touch bases with you. I came out to California for the game & gonna be here a few days with my family & I'll stop by as soon as I'm back. I have cash for you." On January 30, 2023, FULTS texted ORTIZ, "You coming back this week? I picked up a bunch this weekend." ORTIZ replied, "Good morning yes I'll be back this week bro. I got my flight for Thursday. I'll stop by Friday or Saturday." FULTS responded, "Cool I could use the extra cash anyways I can meet up with you Friday."

19.     On February 4, 2023, ORTIZ texted FULTS, "Hey man should be landing today. I can stop by tomorrow?" On February 5, 2023, FULTS texted ORTIZ, "Sounds good bro, do you want to take anything with you." ORTIZ responded, "Yeah you think I can grab a few again? I have 11 rn & I can stop by tomorrow again to drop off at least 500." FULTS replied, "ok cool Yeah ill front you 3 more." FULTS and ORTIZ met around 7:25 p.m.

20.     On February 8, 2023, ORTIZ texted FULTS, "Got 900 for you bro." On February 9, 2023, ORTIZ texted FULTS, "Hey man you don't mind waiting till Sunday? I should have

another 5-600 then." FULTS responded, "Ok cool." On February 10, 2023, ORTIZ texted FULTS, "Can I cashapp you some money bro?" FULTS responded, "Yep. $bearfults." On February 10, 2023, FREGOSO sent $650 to FULTS on CashApp. On February 10, 2023, FULTS confirmed he received $650.

21.    On February 11, 2023, ORTIZ texted FULTS, "how's it going I can drop off some cash bro I got 1100." FULTS responded, "Awesome and I'm headed home from the arena right now." ORTIZ texted FULTS, "ok cool. You got any more 17 or 19's bro? The Gen 5's?" FULTS responded, "We can go through all the stuff when you get there and see what all you want to take." ORTIZ later arrived at FULTS's house. Text messages indicate that FULTS and ORTIZ also met on February 17, 19, and 26, 2023, for a money exchange.

22.    On March 10, 2023, ORTIZ texted FULTS, "Got anything new bro?" FULTS responded, "A few glocks nothing special though" and "I need to look at what all I got lol." ORTIZ replied, "Lol lmk bro. Can you get some more compact stuff? I can get rid of those quicker." FULTS responded, "I'll try."

23.    On March 12, 2023, ORTIZ texted FULTS, "You get that thousand bro?" FULTS later responded, "Got the Zelle." Records indicated that FULTS received $1,000 via Zelle from Suezette DELGADO.

24.    On March 12, 2023, ORTIZ texted FULTS, "Perfect &&. Bro we actually missed one. I took the 10 mm as well. So it should be 3600$ 10mm Sig 2 Revolv 57 19." FULTS responded, "o ok can you take the sights off please I already promised them to my buddy." ORTIZ replied, "It's the 20 bro not the 29." FULTS responded, "O ok lol cool."

25.    On March 19, 2023, ORTIZ texted FULTS, "Cool if I cashapp & zelle some money bro? & I'll take the rest later. Around 6 cool? On March 20, 2023, FULTS received $900 from "Gally R" via CashApp.

26.    On March 27, 2023, FULTS texted ORTIZ, "I picked up some stuff this weekend" and "hey I got in a bit of an emergency on my hand I need 3k asap." ORTIZ responded, "I'm zelle you 900 tomorrow bro." FULTS replied, "I'll be there tomorrow bro looking good tho. My buddy should zelle that 9 I mentioned. & I got about 13-14 rn I should be able to get the rest tomorrow." On April 1, 2023, FULTS received $900 via Zelle from Suzette DELGADO.

27.    On April 16, 2023, ORTIZ texts FULTS, "You still have the 23 bro?" FULTS responded on April 17, 2023, "I need to look." FULTS later texted ORTIZ, "I got one" ORTIZ and FULTS arrange to meet for the transfer the Glock on April 17, 2023.

28.    On April 23, 2023, ORTIZ texts FULTS, "The show still open bro?" FULTS responded, "Yes sir. Bout to close though." ORTIZ replied, "I got 8 something bro actually. Would it work better if I put that towards the tab?" FULTS responded, "That's up to you brother." ORTIZ replied, "If I did that, you think I could hold another few? I could stop by like Tuesday too to drop off another grand." FULTS responded, "yeah that's cool. I got a month till the next show I will need as much as you can get me by then though." ORTIZ replied, "That works better for me bro I can get much more with some time" and "Lmk what time to stop by bro." FULTS responded, "I really don't wanna pull a bunch out at the part store." Subsequent messages indicate FULTS and ORTIZ met at FULTS's residence.

29.    On May 1, 2023, FULTS texted ORTIZ, "you think you will have any this week?" ORTIZ responded, "Morning bro. Can I buy two cash? I have 1300." FULTS replied, "Yes when you gonna be home?" ORTIZ responded, "Around 5." Later that day, FREGOSO texted FULTS, "hey BRIAN it's Shakira what time did you want me pick that up." FULTS responded, "I'm home now." Subsequent messages indicate FULTS and FREGOSO met at FULTS's residence.

30.    On May 25, 2023, FULTS texted ORTIZ, "All I really have is 21 and 22." ORTIZ responded, "mind if she go back? They nice? I'll take them." Later that same day, ORTIZ texted

FULTS, "She outside." FULTS responded, "Yep." ORTIZ replied, "The 21 doesn't have a clip? You leaving already?" FULTS responded, "Shit my bad. Bout to." That same day, FREGOSO sent FULTS $700 on CashApp.

31.    On June 2, 2023, ORTIZ texted FULTS, "Don't mean to holler too late bro Bt you got anything I can buy cash?" FULTS responded, "I'm not home." The next day, ORTIZ texted FULTS, "What you got available?" FULTS responded, "21 and 22." ORTIZ replied, "They look nice?" FULTS replied, "Yep." ORTIZ replied, "You can't get 2 more? I got like 2600 I was tryna spend. Was planning on flipping that & paying you Friday." FULTS responded, "Come on over." Do you not have any left?" ORTIZ replied, "alright let me get outta bed bro lol then I'm take out the money out the atm && Yeah I have some Bt I was gonna put some of that money aside for bills since my girl not working anymore." FULTS responded, "I'm here." ORTIZ replied, "Cool we'll head out in a about 15." On June 4, 2023, FREGOSO pays FULTS $1,000 on Cash App and then sends a second transaction for $300.

32.    In June of 2023, ORTIZ was arrested in Santa Cruz County, California.

33.    On June 21, 2023, FREGOSO texted FULTS, "Hey Brian it's Shakira. Do you have anything right now?" FULTS responded, "A couple things not much. Got a 22 and a 22c." FREGOSO replied, "How much?" FULTS responded, "The 22 I'd do 550 cause it's a gen 2 but has upgrades the 22c I'd need 7." FREGOSO replied, "Do you have a picture of the 22?" FULTS responded, "I'll get some when we get home." Later texts indicate FREGOSO met FULTS for the transaction.

34.    On June 24, 2023, FULTS texted FREGOSO, "I picked up 4 compact glocks." FREGOSO replied, "Perfect! I'm waiting to get the money sent what time does it close?" FULTS responded, "5 today." FREGOSO replied, "What other payment apps can he send it on?" FULTS replied, "Zelle Paypal." On June 25, 2023, FREGOSO responded, "He's gonna send it on cashapp

he couldn't yesterday because he had sent me some money too so it didn't allow it. Can you see if you can find any cheap revolvers or taurus I should b on my way soon?" FULTS replied, "Ok." FREGOSO responded, "He sent the money did you get it?" FULTS replied, "It says pending." FREGOSO then texts FULTS, "Hotboy6792 0 see if you can request 1200 Cashapp from that name tag." FULTS responded, "Did he get it and I just seen you sad 1200 so I need to resend it?" FREGOSO replied, "it's not allowing him because he put the wrong name the first time. So now he has to wait again until his bank allows it." FULTS responded, "Lol ok cool." FREGOSO replied, "you should've got 1000 & 500 right now on cashapp he's gonna send the $300 I owed you from the 2 glocks the other day." On June 25, 2023, PEREZ sent $1,500 to FREGOSO on CashApp. FREGOSO sent $510 to FULTS on CashApp. PEREZ sent $1,000 to FULTS on CashApp. On June 27, 2023, FREGOSO texted FULTS, "He just sent 200. He sent the other 100." That same day, PEREZ sent FULTS $200 on CashApp. On June 29, 2023, PEREZ sent FULTS $100 via CashApp.

35.    On July 23, 2023, FREGOSO texted FULTS, "Try to put aside some compact ones I'll stop by tonight if that's ok with you guys." FULTS responded, "I'll be home in thirty minutes." FREGOSO replied, "Might have to stop by tomorrow they haven't sent me the money yet." FREGOSO later texted, "What are all the prices on them. For every one. Each one *. Except the antique and the army ones." On July 24, 2023, FULTS texted FREGOSO, "650 on the compact and sub glocks, American flag is 7, the nickel glock is 900, gold berretta is 900, canik is 600, taurus .45 acp is 400, g17 600, g20 800, sw 400. Kimber solo 9mm is 500. Plus I have a bunch more." FREGOSO replied, "What's your zelle?" On July 24 and 25, 2023, PEREZ sends FREGOSO $2,900 via CashApp. FREGOSO then sends FULTS $5,800 via CashApp.

36.    On July 26, 2023, FULTS texted FREGOSO, "Got more for you when your ready." FREGOSO responded, "I was gonna see if you can get another 27 as well." FULTS replied, "This

weekend I'm sure I grabbed more of what your looking for. Got more things in the 5 range as well." FREGOSO responded, "ok cool, but yeah if you can try to find a gen 4 or 5 for the 27 Please." FULTS replied, "Yes maam." FREGOSO responded, "Do you still have the 43." FULTS replied, "Yes maam." On July 27, 2023, FULTS texted FREGOSO, "G3 I'll take 6." FREGOSO responded, "Do you think you'll come across a g4 or 5 at the show?" FULTS replied, "Yes."

37.    On July 28, 2023, FULTS texted FREGOSO, "Is there anything you want me to not take to the show?" FREGOSO responded, "What you got?" FULTS replied, "The ruger lc9, xd 45acp compact, g19, taurus 9mm compact, g45." FREGOSO responded, "Prices?" FULTS replied, "Taurus and ruger 425 each, g19 650, g45 650, xd 550." FREGOSO responded, "ok taurus, ruger & xd you can set aside." On July 30, 2023, FULTS and FREGOSO meet to complete the transaction. On July 31, 2023, FREGOSO sends FULTS $5,350 on CashApp.

38.    On July 31, 2023, FREGOSO texted FULTS, "Hey BRIAN when can we meet for the cheetah one?" FULTS responded, "I was thinking dollar general." FREGOSO replied, "I can meet in about 30 min and which one." Subsequent messages indicate FULTS and FREGOSO met at the Dollar General.

39.    Between August 1 and August 2, 2023, FULTS and FREGOSO text about multiple firearms including a PSA Dagger 9mm, FN9 compact for $650, Ruger for $400; and three g19s. On August 2, 2023, FULTS sent nine photographs of separate firearms. On August 8, 2023, FREGOSO sends FULTS $750 on CashApp. On August 11, 2023, FREGOSO sends FULTS $300 on CashApp.

40.    On August 26, 2023, FREGOSO texted FULTS, "Hey Bryan you have any pictures of the ones you have?" FULTS responded, "I'm at a show right now I'll be back around 8 tonight." FULTS took multiple photographs of firearms and sent them to FREGOSO. On August 29, 2023, FULTS texted FREGOSO, "the gold glock is a 27 $650, the compact 380 is 550." FREGOSO

responded, "What caliber is the 1911 & for how much?" FULTS replied, "The small one? It's a 380 for 500." Subsequent text messages indicate FREGOSO and FULTS met to complete the transaction.

41.    On August 31, 2023, FULTS texted FREGOSO, "He has a 43x and a 48 no 26 Im gonna ask around." FREGOSO responded, "Yeah on those 2 p & ok they really want the 26." FULTS replied, "I'm searching now." FREGOSO responded, "Can you find a 30 or 27 or the 43x?" FULTS replied, "43x I'm getting tonight. I'll look for the others." FREGOSO responded, "Can you get the 26 too?" FULTS replied, "Still looking I have a buddy looking as well. Have not found a 26 anywhere." FREGOSO responded, "How about a 27?" FULTS replied, "Im gonna go to his house around 12 tomorrow he had some family stuff I'm gonna look through everything." On August 31, 2023, FULTS receives $3,650 on Zelle, including $450 from PEREZ. FULTS received $1,000 from FREGOSO via CashApp.

42.    On September 1, 2023, FULTS texted FREGOSO, "Canik 425, 48 600, 43x 600, Revolvers 575, Sig 380 600." FREGOSO responded, "Canik & the 2 Glocks." FULTS replied, "550 xd." FREGOSO responded, "and you were able to find the 26? 27? Sorry lol." FULTS replied, "Yes I'll let you know when I pick up the 26." FULTS later texted FREGOSO, "600. Dude is in Texarkana w the 26 so it will be later before I can get that fucking thing. Picked up a 30 and a 2 tone xd9." FREGOSO responded, "Can you send me a picture of the 30, please did you get the brown 43? & what kind is the recent one you sent me?" FULTS replied, "The small 1911 is a Kimber 9mm $800 I'll send pics here in a bit. I did not but I can." FREGOSO responded, "Ok get the 43 too pls." On September 2, 2023, FREGOSO texted FULTS, "43x, 43(brown), canik, army green 43, .30, .26 or 27, .38 revolver." FULTS responded, "Which revolver and did you not want the 48?" FREGOSO replied, "What's the cal on the sig saur & price & they didn't wanna wait until next Thursday to get it." FULTS responded, "Sig is 380 and $600."

43.    On September 3, 2023, FULTS texted FREGOSO, "You wanna come by tonight? If so, I'll go grab the 43s and the 38 I'm picking up a 23 right now." FREGOSO responded, "yeah tonight's fine." FULTS later texted, "Which 38 do you want?" FREGOSO responded, "He wants the black one." Subsequent text messages indicate FREGOSO and FULTS met to complete the transaction.

44.    On September 4, 2023, FREGOSO texted FULTS an image of a list of firearms with prices. The list included "Glock 30 6-650, Glock 33 6-650, Glock 27 6-650, Glock 19x 6-650, Glock 42 6-650, If Glocks come with extend mags or sights n beams 600-750, 357 snub-nose revolver s&w or Taurus 5-6, Ruger SR40c or SR9c 450-6, M&P bodyguard 380 3-450, FNP45 two tone 5-6, Chrome beretta 5-700, Micro Kimber 5-6, 2 snub nose 45s revolvers 600 max, .357 cop derringer, Colt defender." Following the exchange of the list, FULTS received $2,050 from FREGOSO and $1,500 from Jacob Jeremiah RAMIREZ on Zelle. FULTS received $3,700 from PEREZ on Zelle. On September 7, 2023, FULTS texted FREGOSO, "Are you wanting to just drop it off or you trying to pick up something tonight as well?" FREGOSO responded, "I'll go to you tonight. I'm almost off. Yeah he wants to shop." FULTS replied, "O ok not sure what all I have tonight he will like." FREGOSO responded, "He'll probably get everything." Subsequent messages indicate FREGOSO and FULTS met to the complete the transaction.

45.    On    September    8,    2023,    FREGOSO    texted    FULTS, "G38/26/27/23/29/30/43x/48/45 Canik TP9 Elite compact, Hellcat Pros with color and red dot preferred, 600 range, Compacts/Subcompact, Gen 5s." On September 8, 2023, PEREZ sends FULTS $2,000 via Zelle.

46.    On September 8, 2023, FULTS texted FREGOSO, "O k I picked up a couple 26's and 27's and 23 and 19. Shoot me your address." FREGOSO responded, "9412 Lew Cir. Apt a.

LMK what time you plan on going so I can tell him." Subsequent messages indicate FREGOSO and FULTS met to complete the transaction.

47.    On September 8, 2023, RIVERA-LOPEZ texted FULTS, "Jon. Save the Mexican one." RIVERA-LOPEZ later texted, "What's the remaining balance? And what was the # on the Kimber and ruger 9mm?" FULTS responded, "Kimber is 600, Ruger scr 450. Spent 6850 w the Kimber. 10150 left. Ruger is already added into that paid for number." RIVERA-LOPEZ responded, "Ruger 57 600 correct? Because I'm adding up to 6750. Can you lock in the g45?" On September 11, 2023, FULTS replied, "Yes sir."

48.    On September 9, 2023, RIVERA-LOPEZ texted FULTS, "That gold one nice but too high, ones like that 23 gen 5 we'll take all day. As well as high gens 26s n 27s and if there any good priced 29s n 30s the 19 gen 5 take those all day too." FULTS responded, "Cool 600 750." RIVERA-LOPEZ replied, "How the other side of that Taurus? And those 57 rugers at 600 I'll take all." FULTS responded, "Got yall some good shit." RIVERA-LOPEZ replied, "Hell yea bro you want to pull thru?" FULTS responded, "Show closes at 5 gonna at so probably around 7 if that's cool." RIVERA-LOPEZ replied, "It's good I will see you then." RIVERA-LOPEZ later texted, "Send a price list whenever you can." FULTS responded, "G19x 650, G43/42 475, 38 snub 450, Beretta compact 550, Taurus Nicole 750, Compact Taurus 400, G2c 250, Sig 9mm 575, Fn 550, G19/g23/27/26/45 600." On September 10, 2023, RIVERA-LOPEZ texted FULTS, "Just missing 42 and 43 clip And if you see any body guards and g30s around let me know my boy wanted some & which ones did you mention earlier a shield?" FULTS responded, "Yes sir I got your mags right here, and I looked everywhere for a 30 can't find the shield mags but found a few shield sw pistols. Got an sw ez 9. Let me see if I can video you I picked up a couple." FULTS later texted, "Canik 450, Sig 550, 45 475, SW 500, 200." PEREZ then texts FULTS to confirm his CashApp and sends FULTS $2,175 on CashApp. FULTS texted PEREZ confirming he received the

CashApp. PEREZ then texted FULTS, "Ok let me know if you see anything else we might like or if you find that 30. Is there any 357 snubnose?" FULTS responded, "Not that I seen there was one this am but it sold." On September 10, 2023, RIVERA-LOPEZ texted FULTS, "Ok I'm here & are you still able to throw in the extra addons/Attachments or clips?" FULTS responded, "Yeah I'll need to send you the beam cause I gotta dig it out but I got 2 extends and the mags for the b43 and 42." FULTS later texted RIVERA-LOPEZ, "What time is your flight I forgot to give you the extensions." RIVERA-LOPEZ responded, "Leaving at like 4 but I will have the boxes sent out by then u can give them to ol girl she can send if anything. What kind of extension?" and "What kind of extension?" FULTS responded, "9m 33 round 2 of them." RIVERA-LOPEZ replied, "Ok can you get buttons? (fully switches"). FULTS responded, "No sir."

49.     On September 15, 2023, FREGOSO texted FULTS, "He said he wants to add a bodyguard too." FULTS responded, "Try and get me the money asap so I can head out it's a 6 hr drive." FREGOSO replied, "Ok he's gonna give me a call." Phone records indicate PEREZ called FULTS three times that day. Later that day, FREGOSO texted FULTS, "he said he sent you some on zelle." FULTS received $2,000 from Jacob Jeremiah RAMIREZ on September 15, 2023. FULTS texted FREGOSO, "He did he said he was sending more than that to you." FREGOSO texted FULTS, that's why I'm telling you Bryan you should've kept it going through me" and "let me call him." FREGOSO then texted, "their stepping on toes and I don't like when miscommunication happens shit pisses me off." On September 16, 2023, FREGOSO received $2,800 from PEREZ via Zelle. FREGOSO paid FULTS $3,000 via Zelle.

50.     On September 16, 2023, FULTS texted PEREZ, "Found a 30 but they want 700 for it. It's clean though." FULTS responded, "Cool. Your at 4875 without that. I can grab it can send it and you can get it whenever." PEREZ replied, "how much would I owe for you to grab it." FULTS responded, "575." PEREZ replied, "Ok send to you or her?" FULTS responded, "Either,

prefer her." On September 17, 2023, Jacob Jeremiah RAMIREZ send FREGOSO $575 on CashApp. FREGOSO then sends $575 to FULTS on CashApp.

51.    On September 19, 2023, PEREZ texted FULTS, "When do you need me to the 7?" FULTS responded, "Same time it's at the same place." PEREZ responded, "Perfect how's it looking with the 29. Any luck?" FULTS replied, "Got one for you same place lol 800. I'd start sending as much as you can I usually find good stuff up there." PEREZ responded, "ok perfect I'm gonna send you around the same amount as this last time. Also were you still able to send the list of this previous week?" FULTS replied, "Gonna give it to her when she gets here." PEREZ responded, "Ok appreciate it."

52.    On September 22, 2023, FULTS texted FREGOSO, "We meeting early today?" FULTS then texted PEREZ, "Just wanted to see if you can send that I'm trying to get some shit done this am." FULTS texted FREGOSO, "otw" and FULTS responded, "kk here." PEREZ later texted FULTS, "I sent you 1475 that what I had in my bank. I can send you the other 25 when I get off work if that's cool." On September 23, 2023, FULTS texted FREGOSO, "Got you a killer one if you want it." FULTS then texted PEREZ, "You think you could send 11?"

53.    On September 23, 2023, FULTS acquires a Ruger model 57, 5.7 caliber pistol bearing serial number 642-16618 from a private seller on Facebook. This firearm was recovered less than four months later during the execution of a search warrant in Watsonville, California.

54.    On September 24, 2023, PEREZ sends FULTS $525 on CashApp and $575 on Zelle for a total of $1,100.

55.    On October 10, 2023, FREGOSO texted FULTS, "Hey! How's it going? R u feeling better? I was gonna ask you for the ones ima get later this week do you mind trying to fine me a 26, 27, 17/19s. Total of 6." FULTS responded, "I'll look for you. You want 6 of them? FREGOSO replied, "Ima buy 6 yeah." FULTS responded, "If you can get me the cash before it

would help." FREGOSO replied, "Yeah it'll be sent to u by Thursday." FULTS responded, "Awesome. But if you can start looking around so by then I can pick them up the same day. Cause I'm leaving Saturday morning. Please." On October 12, 2023, FREGOSO texted FULTS, "Just seeing if we are meeting today or tomorrow." FULTS responded, "Not sure yet depends when I get the money." Later that day, FREGOSO texted FULTS, "If I get the money today you can't do early morning?" On October 13, 2023, FULTS texted FREGOSO, "Lmk when you get that a set up a few things." FREGOSO responded, "Yes I have the money when can we meet." That same day, PEREZ sends FREGOSO $2,050.00 on CashApp. Later, that same day, FREGOSO sends FULTS $2,050.

56.    On October 15, 2023, FULTS sent a photograph of a firearm to PEREZ. PEREZ responded, "How much is that one. Does it come with the rounds to lol?" FULTS responded, "6." FULTS and PEREZ continue to discuss FULTS obtaining ammunition for PEREZ. At the end of the conversation, FULTS texted PEREZ, "I believe that as long as you do me right I do the same." PEREZ responded, "Yessir. I plan to keep this going long term." PEREZ later texted FULTS that same day, "G43x/G23/23c/18c/22/20/26/29/30/FN/RUGER 57/1911 .45/G27, g33, g32, g19. Out of this list which ones do you think you can get this week?" FULTS responded, "22, 32, 19 for sure. Probably all but 30 29 57 and the c." FULTS texted later that day. "Got a few set up already." FULTS and PEREZ then talked for approximately five minutes on the telephone.

57.    On October 18, 2023, FULTS received $2,500 on Zelle from Jennifer RODRIGUEZ CAMARILLO and Jonathan LOPEZ. PEREZ texted FULTS to confirm he received the payment. That same day, PEREZ texted a photograph of a travel itinerary for someone (later determined to be MENDEZ-RAMIREZ) flying from San Jose, California, through Atlanta, to Little Rock, Arkansas, on Thursday, October 19, 2023. FULTS responded, "cool, have him holla at me." On October 19, 2023, FULTS and MENDEZ RAMIREZ begin texting.

MENDEZ RAMIREZ texted FULTS, "Yo I just landed in Atlanta at 4:50 I should be boarding then last plane to Little Rock." FULTS responded, "Cool Ill be there at 6. Holler when you get out I'm parked." MENDEZ RAMIREZ replied, "Plane lands in 30." FULTS responded, "I'm up in the front." Later that day, FREGOSO texted FULTS, "Hey! How r u doing? Can you get me the 4 glocks 9mm for whenever the guys picking em up." FULTS responded, "Good you? Should be fine." FREGOSO replied, "Well he's picking some up soon right.?" FULTS responded, "Yes maam." FREGOSO replied, "did he already give you money for his?" FULTS replied, "He hasn't paid me." FULTS then texted PEREZ, "Holler when you can." The two then talked for approximately three minutes.

58.     On October 17, 2023, FULTS texted David WALTERS and the two discussed FULTS purchasing firearms from WALTERS. Between October 17 and October 20, 2023, records indicate an individual purchased three firearms from David WALTERS. Those three firearms were recovered in California within approximately 8 weeks to 8 months later.

59.     On October 20, 2023, MENDEZ RAMIREZ texted FULTS, "I'll be there by 2." FULTS texted PEREZ, "I got you at 7450." PEREZ responded, "Ok so I owe?" FULTS replied, "450 or I can hold it it's up to you I can wait till next week thought to get it from you." PEREZ then sends two image texts showing Zelle and CashApp transactions. The Zelle was sent from Jonathan RIVERA LOPEZ and was for $2,000. A second transaction was for $2,500.

60.     On October 23, 2023, PEREZ texted FULTS, "Was the s&w 57 still available?" FULTS responded, "Yeah I can go pick up the 57 when I have the funds." PEREZ responded, "Can you send me a pic of the ones you picked up?" FULTS texted two photographs of a Sig Sauer P238 and a CZ. FULTS also texted, "I'm grabbing the 27 around 11." PEREZ responded, "ok cool what is the black one called." FULTS replied, "Cz75." PEREZ responded, "What are the prices for both N the 27?" FULTS replied, "700, 600, 500." FULTS then sent PEREZ a

photograph of a Glock 27 Gen 4 with gold slide. PEREZ responded, "Ok cool does that make us even with the 2k?" FULTS responded, "It would be 350 over. W the 450 from FRI. Bout to go see your boy." PEREZ replied, "Is this everything you gave me on Friday plus the Taurus for 600?" PEREZ then sent a list of ten firearms totaling $6,410. Later that day, FULTS sends PEREZ two photographs of a Canik firearm and tells him it is $500. PEREZ responds, "I'll grab it." FULTS then sends PEREZ a photograph of a Masterpiece Arms firearm and tells him it is "700." PEREZ responds, "Yeah I'll grab it for 7." PEREZ then texts FULTS, "Sent 2 in Zelle n 1 on Cashapp" and "N I'll have a box out there by Friday latest." Records indicate PEREZ sent FULTS $1,000 on CashApp and $2,000 on Zelle.

61.     On October 25, 2023, FULTS texted PEREZ, "Want a 19x today as well?" PEREZ responded, "It is tan or black?" FULTS replied, "tan." PEREZ responded, "Yeah I'll grab it how much is it?" FULTS replied, "675 and I'll be off work here in about 30 and I'll swing by." Later that day, FULTS texted PEREZ, "He's not here I gotta run somewhere I'll swing back by."

62.     On October 27, 2023, PEREZ and FULTS text each other discussing a package that has not arrived. PEREZ tells FULTS he "sent it to the homie" (MENDEZ RAMIREZ) and forgot to tell him (FULTS). PEREZ texts FULTS that "ol boy gots around 15-2k with him." PEREZ asks FULTS, "Were you ale to figure out how much was the total yet?" FULTS responded, "24 6 left."

63.     On October 28, 2023, MENDEZ RAMIREZ texted FULTS, "Where will I pick them up?" FULTS texted PEREZ asking for an update on the package delivery. PEREZ tells FULTS it has not updated and he (PEREZ) will ask MENDEZ RAMIREZ to bring what he has. PEREZ tells FULTS that MENDEZ RAMIREZ has $1,000 with him and PEREZ sent him $2,500 yesterday. Records show that on October 27, 2023, PEREZ sent FULTS $2,000 on Cashapp and Zelman SOTO sent FULTS $500 on Zelle. Later on October 28, 2023, FULTS texted MENDEZ RAMIREZ the address to the gun show at 2505 E Oak Street, Conway Arkansas, 71032.

MENDEZ RAMIREZ responded, "That's where you want me to go right?" FULTS responded, "Yes sir." Subsequent messages indicate the two met at the gun show.

64. On October 29, 2023, PEREZ texted FULTS "can you send me list of what they are can't tell model." FULTS responded, "American tactical 1911, Remington rand 1911, Para 1911, Canik tp9sf, Mp shield 9, Db 380, xd40, Arp762x39." PEREZ responded, "Appreciate you what were the tags on them. The 762 is nice." On October 30, 2023, FULTS replied, "I'll give a list to ol boy today when he tells me everything is in I'll have him swing out so I can show him how to work the p." MENDEZ-RAMIREZ texted FULTS and tells him he is on his way and coming up the driveway.

65. On November 1, 2023, FREGOSO texted FULTS, "Still need those." FREGOSO then texted FULTS, "did u get it?" FULTS responded, "Yes maam." Records indicate FREGOSO sent FULTS $2,400 on CashApp.

66. On November 3, 2023, RIVERA-LOPEZ texted FULTS, "(Gen 5s) 22c/ 23c/ g23/ g27/ 43x/ g30/ 19/ g20/ g22/ MOS/ Ruger 57 & lmk what's around on the Mexican metal styled ones gold if any thank you." On November 4, 2023, FULTS received $2,000 from RIVERA LOPEZ via Zelle and $3,500 from Jennifer RODRIGUEZ-CAMARILLO (believed to be LOPEZ's girlfriend) via Zelle.

67. On November 3, 2023, FULTS texted WALTERS and the two discussed meeting. Records indicate WALTERS sold five firearms between October 27, 2023, and November 3, 2023, and all of those firearms were recovered in California within approximately 4 to 13 months.

68. On November 5, 2023, RIVERA LOPEZ texted FULTS to send him "pics n tags." FULTS sent RIVERA LOPEZ three images depicting 11 pistols. FULTS also sent an image of a handwritten note and price list with "J" at the top. The note depicted the following "30 $650, 27 $600, 26 $600, S??? $650, 5.7 $700, 19 $600, 23 $650, 19 $650, 43X $600, 365 $675." At the

bottom of the note is listed 5700+360. RIVERA LOPEZ then texted FULTS, "I see 11 in pic & 10 on list." RIVERA LOPEZ and FULTS then talk on the phone for 4 minutes and 46 seconds. RIVERA LOPEZ later texted FULTS, "So far I've sent 6350, on the pic 26s are 600? FULTS responded, "The ones I got today where more. I just go by what I got in em." PEREZ then texted FULTS, "Wat brand is the to shooter?" FULTS responded, "I'll have to look he's otw here." FULTS and PEREZ then talk several times later that day. On November 5, 2023, PEREZ sends FULTS $850 via Zelle. PEREZ also sends FREGOSO $450 on CashApp.

69.     On November 6, 2023, PEREZ sends FULTS $1,200 on CashApp. FULTS also receives $350 from RIVERA LOPEZ and $675 from Jennifer RODRIGUEZ CAMARILLO on Zelle.

70.     On November 10, 2023, FULTS texted MEDEZ RAMIREZ, "About what time you gonna be here?" MENDEZ RAMIREZ responded, "I land in Houston in about an hour after that I'll know for sure since the plane was late. Possibly around 9 20ish." The two continue to discuss that MENDEZ RAMIREZ's flight is running late. MENDEZ RAMIREZ arrives on November 11, 2023, and texts FULTS that he is at "301 S University Ave Room 318." FULTS confirms and the two appear to meet.

71.     On November 11, 2023, FULTS texted RIVERA LOPEZ an image of a group of five handguns. FULTS describes the firearms and prices as "5.7 $700, 1911 10mm $750, 1911 45 $600, 1911 compact $600, 43X $600, P80, No #." RIVERA LOPEZ responded, "Okay if u can make sure no ghosts & that'll be good on 1911s." FULTS later texted RIVERA LOPEZ, "Want any derringers?" RIVERA LOPEZ responded, "How much are those for the two shooters?" FULTS then sent an image of three derringers. RIVERA LOPEZ responded, "28 400, 357 550, 45acp 500." RIVERA LOPEZ responded, "Ill take the 45." FULTS replied, "Ill take the 45." RIVERA LOPEZ responded, "Can u get a stick or drum for mpa. I think there's a 55 round drum."

FULTS replied, "I'll look." RIVERA LOPEZ responded, "If you could get a lower for the 43x I'd take it too I like the mos."

72.     On November 12, 2023, RIVERA LOPEZ texted FULTS, "How's everything going?" The two then talked on the telephone. Later, RIVERA LOPEZ texted FULTS, "If u could send pictures & tags please. N lmk when to send the bro over." FULTS responded by sending an image of ten handguns and a drum magazine. FULTS then texted, "43x, 26 650, 19 w light 350, Mack11 700, Judge 600, Drum 5.7 200. G9mm 30rd mag free." FULTS then sent RIVERA LOPEZ three additional photos of firearms. RIVERA LOPEZ replied asking if the one in the photo (Glock and extended magazine) was available. RIVERA LOPEZ then texts, "I can take that 43x with Glock top n bottom. If u could put the mos on it that would be fire." On November 13, 2023, RIVERA LOPEZ texts FULTS, "Out for delivery says 10AM to 2PM." FULTS responded, "cool." RIVERA LOPEZ replied, "From Jasmine to Michael." FULTS responded, "The helicopter made it." That text coincides with the delivery of a USPS priority mail parcel from Yuba City, California, to FULTS's residential address. RIVERA LOPEZ is known to reside in Yuba City.

73.     On November 13, 2023, FULTS texted RIVERA LOPEZ five pictures of assorted firearms and sent a text, "kh650, 29 675, 19 600, 27 625, 48 600, 27 600, Walther 380 470, 23 600, Drake 1200, Arp750." RIVERA LOPEZ responded, "Is the fn listed in that?" FULTS replied, "503 550. My bad." RIVERA LOPEZ responded, "were u able to get the vp9 to 600." FULTS replied, "625 that's w me not making anything so I'll let it go for that if you want." RIVERA LOPEZ responded, "I can do 650 no problem. Thank you man." FULTS later texted, "The arp is badass got him down from 1k." RIVERA LOPEZ responded, "What's cal that hold? The drake is alright but if u can get on with a better wood by chance next time." FULTS replied,

"I just need more time honestly I am just grabbing what I can right now ran out of ends at the show. Got a show the next 2 weekends."

74.    On November 13, 2023, MENDEZ RAMIREZ texted FULTS, "Sorry about the lag I'll be there in 10" and "Coming up the road." At the same time, RIVERA LOPEZ is texting FULTS, "LMK what u have added up remainder out of the 16 total." On November 14, 2023, FULTS responded, "14120 total was it 15500 cause ok boy got 500?" RIVERA LOPEZ replied, "Can you send me your math? The 21 pc total with tickets I don't think we're quire adding up the same." FULTS responded, "ok is there 22 total right? 1630. You planning on send next week by chance?"

75.    On November 24, 2023, FULTS texted RIVERA LOPEZ, "Yes sir. Thank you. Fuck it yeah man just send it I'll take care of it. Found a loop hole."

76.    On December 17, 2023, MENDEZ RAMIREZ texted FULTS asking him to price a "38 Taurus, g22, 2 cheap Glocks" and "I got about $2700 rn I'm bout to add more to the pot in just a bit as well." FULTS responded, "450, 600, 550." MENDEZ RAMIREZ replied, "It is 550 for both or each?? FULTS responded, "each. I just pained a 22 rose gold is do for 650." RAMIREZ asked FULTS to send a picture and FULTS sent a photograph of a rose gold painted firearm.

77.    On December 18, 2023, FULTS texted MENDEZ RAMIREZ, "BTW I found a loop hold if you don't wanna come out I can take care of it." MENDEZ RAMIREZ responded, "Music to my hears sounds good. What's the Max you'll take on cashapp?" FULTS replied, "I'd rather it come the other way not cashapp." MENDEZ RAMIREZ replied, "Alright then I'ma send about $1100 rn or tmr morning for the 2 glocks." FULTS responded, "sounds good." MENDEZ RAMIREZ replied, "What about money orders? What you think about that?" FULTS responded, "cash preferred. Your boy knows how to do it if you wanna ask him. If its only 1100 then you can

cashapp. It will need to be an extra 30 for tax though." MENDEZ RAMIREZ replied, "What's your cash app?" FULTS responded, "$bearfults" and "delete after please." On December 19, 2023, MENDEZ RAMIREZ sent FULTS $1,130 via Cashapp.

78.    On December 19, 2023, FULTS texted MENDEZ RAMIREZ asking, "address." MENDEZ RAMIREZ responded, "Manuel Ramirez 83a Clausen Road, Las Lomas CA 95076." FULTS replied, "Cool I'll take care of it in the am and let you know how much it is." On December 20, 2023, FULTS texted MENDEZ RAMIREZ, "29 bucks and it's otw." That same day, MENDEZ RAMIREZ sent FULTS $29 via CashApp.

79.    On December 20, 2023, MENDEZ RAMIREZ texted FULTS, "How you doin, I was gon ask what the prices for 57 and most rifles would be." FULTS responded, "7 on the 57 and depending what you want." MENDEZ RAMIREZ texted FULTS, "ok for sure btw did you get that earlier today?" FULTS responded, "Yes sir I appreciate it." That same day, RIVERA LOPEZ texted FULTS "Jasmine Sanchez 4228 Donald Drive Olivehurst, Ca" and "Can you send me pics." FULTS sent a photograph of a firearm and stated, "I'll have it out in the am." FULTS later asks RIVERA LOPEZ, "address?" and RIVERA LOPEZ responded, "Jasmine Sanchez 4228 Donald Drive Olivehurst ca." FULTS replied, "says sat." RIVERA LOPEZ responded, "Okay send it if you can. The number." FULTS sent RIVERA LOPEZ images of three Priority mail receipts showing packages sent to Olivehurst, California."

80.    On December 27, 2023, FULTS texted RIVERA LOPEZ, "Lmk if something goes out so I can be on the lookout please." RIVERA LOPEZ responded, "Ill send out today so it gets there Monday. Or next week since the package wont get there but if u can get some ready ima send the case or I can do thru the phone." FULTS replied, "Cash is better I still have some lined up just let me know how many horses you need. If you wanna send 2 through the phone but that's it."

81.     On December 31, 2023, MENDEZ RAMIREZ texted FULTS, "2 G27, 2 G26, 2 G23, 1 G30. Happy new years eve lmk the price range on this when you have a chance boss man." FULTS responded, "600, 600, 650."

82.     On January 1, 2024, FULTS texted RIVERA LOPEZ, "Did you get that out last week?" RIVERA LOPEZ responded, "No haven't been able to but probably tomorrow." RIVERA LOPEZ texted FULTS, "(Gen 5s 23 x2, 23c x2, 19x x2, 22, 27, 29x2, 30, 20, 43x, 26, FN 5.7, Ruger 5.7, M&P5.7, FN 510, Micro Drakes x2) Anything with color (FDE) & Mos preferred." FULTS responded, "I'll get on it. You know I can paint them any color you want right?" Later that day, RIVERA LOPEZ texted FULTS, "I will send the number tomorrow." FULTS responded, "Sounds good." On January 2, 2024, FULTS texted RIVERA LOPEZ, "That go out today? I don't need the number just need to know when I need to be home." RIVERA LOPEZ responded, "Gonna try sending it out today." On January 2, 2024, a package was mailed from Yuba City, California, to FULTS's residence to arrive on January 4, 2024. On January 4, 2024, FULTS texted RIVERA LOPEZ, "Got it, 65."

83.     On January 4, 2024, FULTS texted RIVERA LOPEZ three images and a list of "27 and 16, 19, and a 32." FULTS says he can do $600 on each. FULTS then texted RIVERA LOPEZ, "2 27s, 1 19 1 32, 1 16, 26." RIVERA LOPEZ responded, "can u send pics?" RIVERA LOPEZ replied, "I got pics of the 32 & 19 I need both of those for sure. RIVERA LOPEZ later texts FULTS, "So far 32, 19, 26x2 need or how much?" FULTS says "6." RIVERA LOPEZ responded, I'll take the x n 23." FULTS later texted, "I'll get out in the am." RIVERA LOPEZ replied, "32, 19, 26 x 2, 43x, 23, 5.7 x2." FULTS responded, "Yes sir."

84.     Later on January 4, 2024, RIVERA LOPEZ texted FULTS, "any shows coming up? (Gen 5s 23x2, 23c x 2, 19x x2, 22, 27, 29x2, 30, 20, 43x, 26, FN 510, micro drakes x2)

Anything with color (FDE) & mos preferred." RIVERA LOPEZ texts FULTS that he can send him money.

85.    Later on January 4, 2024, RIVERA LOPEZ texted FULTS concerning how he was mailing guns. RIVERA LOPEZ texted, "Way I was doing it was putting 2 in each envelope. First id put the both in a position facing each other how u sent me a pic of rugers. And id foil wrap it two layers and vacuum seal twice. Then put in envelope and 3 envelope in each box." FULTS replied, "ok cool." RIVERA LOPEZ replied, "I would also double box like you can fit 3-4 envelopes of 2 each in a medium priority box & put the priority box in a large priority & good."

86.    On January 4, 2024, FULTS texted RIVERA LOPEZ, "Ok cool, how many of the 9s you want he is gonna bring them to me next weekend he's 3 hrs away from me." RIVERA LOPEZ responded, "the sticks?" FULTS replied, "yes sir." RIVERA LOPEZ responded, "if u wanna do 2 boxes. U can put two in the small priority box and put 3 of the small priority's in a medium." FULTS replied, "Same place the other one came from?" RIVERA LOPEZ responded, "Yea or one addy 4228 Donald drive. Next one 4133 Donald Drive Jonathan Perez. Both 95961." FULTS replied, "Jasmine Santos 4228 Donald Drive olivehurst ca 95961 and Jonathan Perez 4133 Donald Drive olivehurst ca 95961." FULTS responded, "cool." RIVERA LOPEZ replied, "If u can do two boxes." FULTS responded, "Should I be looking for something next week from you?" RIVERA LOPEZ replied, "Yea most likely I'll let u know if I send one out by today." On January 5, 2023, FULTS texted RIVERA LOPEZ, "you want the numbers?" RIVERA LOPEZ responded, "yes." FULTS later texted RIVERA LOPEZ two tracking numbers.

87.    On January 8, 2024, RIVERA LOPEZ texted FULTS, "Can u get micros, foldable Gmans & 18c? That may get there tomorrow?" RIVERA LOPEZ later texted, "32, 19, 26x2, 43x, 5.2x2, 30. That's what I got so far right?" FULTS responded, "Yes sir sticks, and shield mag as well." RIVERA LOPEZ replied, "Lmk what other costs were on the besides those 9 things I

remember +100 gas, +20 shield arms. N how many sticks u got for ?" FULTS responded, "37 to send, 20 + 128 mags, 100 gas. 2 sticks, wanted to know how many of the 9s you want from my buddy I'll get those this weekend." Later that day, RIVERA LOPEZ texted FULTS, "I'm still waiting on these packages maybe tomorrow."

88.    On January 10, 2024, RIVERA LOPEZ texted FULTS, "any 762 drums for drako." FULTS responded, "I can get some. They run 150." RIVERA LOPEZ replied, "shoot it." FULTS responded, "ok." RIVERA LOPEZ replied, "Those go out today?" FULTS replied by sending a tracking number.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

Between in or about January 2021, to on or about January 12, 2024, in the Eastern District of Arkansas and elsewhere, the defendant,

### BRIAN MICHAEL FULTS,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT THREE

On or about January 12, 2024, in the Eastern District of Arkansas, the defendant,

### BRIAN MICHAEL FULTS,

knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section 5845, that is: a silencer, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, or 3 of this Indictment, the defendant, BRIAN MICHAEL FULTS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. HENRY REPEATING RIFLE COMPANY model H006MR, .357 caliber RIFLE, serial number: BBR006379M;

2. Izhmash model Saiga, 5.45 caliber RIFLE, serial number: H09883486;

3. REMINGTON ARMS COMPANY, INC., model 870 EXPRESS MAGNUM, 12 gauge caliber SHOTGUN, serial number: B700583M;

4. NORINCO (NORTH CHINA INDUSTRIES) model MAK90, 7.62 caliber RIFLE; serial number 6268;

5. ROMARM/CUGIR model SSG97, 7.62 caliber RIFLE, serial number: 97C-0082-03;

6. RUGER model AR-556 MPR, 5.56 caliber RIFLE, serial number: 855-22772;

7. CZECH SMALL ARMS model SA VZ61, 9mm caliber PISTOL, serial number: 69M00452;

8. FEG model SA2000M, 7.62 caliber RIFLE, serial number: EE0465H;

9. GLOCK INC., model 42, .380 caliber PISTOL, serial number: ACUS212;

10. CENTRAL ARMS CO (unknown model), 16 gauge caliber shotgun, no serial number;

11. NORINCO (NORTH CHINA INDUSTRIES) model: 54-1, 7.62 caliber PISTOL, serial number: 37003122;

12. HERITAGE MFG. INC. model: ROUGH RIDER, .22 caliber revolver, serial number 3HR126556;

13. ANCIENS ESTABLISHMENTS PIEPER model 1908; 9mm caliber PISTOL, serial number: 161094;

14. ARSENAL CO. BULGARIA model: MAKAROV, 9mm caliber PISTOL, serial number: BAM09270;

15. IZHMASH (IMEZ) model IJ70; 9mm caliber PISTOL, serial number: BB8879;

16. LUCZNIK, FABRYKA BRONI (Z. M. LUCZNIK) model P64; 9mm caliber PISTOL, serial number: ZGO9962;

17. GERMANY model: MAKAROV, 9mm caliber PISTOL, serial number: EX1033;

18. SUN CITY MACHINERY CO., LTD, model: STEVENS 320, 12 gauge caliber SHOTGUN, serial number: 206503E;

19. HIGH STANDARD model: 200, 12 gauge caliber SHOTGUN; with obliterated serial number;

20. GLOCK INC., model 23; 40 caliber PISTOL, serial number: BSRG730;

21. CHILDERS GUNS, LLC, model: CGY; 7.62 caliber RIFLE, serial number: K01780;

22. CZ (CESKA ZBROJOVKA) model SCORPION EVO 3 S1, 9mm caliber RIFLE, serial number: C711524;

23. GLOCK INC. model 17CGEN4, 9mm caliber PISTOL, serial number: ACPA366;

24. ROSSI model M68; .38 caliber REVOLVER, serial number: AA268835;

25. CZ (CESKA ZBROJOVKA) model SCORPION EVO 3 S1, 9mm caliber RIFLE, serial number: D005560;

26. Firearm Silencer with no manufacturer markings or serial number;

27. SIG SAUER (SIG-ARMS) model P938, 9mm caliber PISTOL, serial number: 52B120400;

28. IZHMASH (IMEZ) model IJ70-18AH, 9mm caliber PISTOL, serial number: RM001277;

29. GLOCK INC. model: 43X, 9mm caliber PISTOL, serial number: BWCE517;

30. BERETTA, PIETRO S.P.A model 84F, .380 caliber PISTOL, serial number: D80096Y;

31. MAUSER model HSC, .380 caliber PISTOL, serial number: 013664;

32. RUGER model BEARCAT, .22 caliber REVOLVER, serial number: 113328;

33. ANDERSON MANUFACTURING model AM-15, multi-caliber RIFLE, serial number: 17190663;

34. Unknown Manufacturer model Mak 90; 7.62 caliber RIFLE, serial number: 37357;

35. Unknown Manufacturer, unknown model, .22 caliber DERRINGER, serial number E231281;

36. MOSSBERG model 500A, 12 gauge caliber SHOTGUN, serial number: P605778;

37. MAGNUM RESEARCH, INC., model MICRO DESERT EAGLE, .380 caliber PISTOL, serial number: ME10758; and

38. $8,301.00.

o  NO TRUE BILL.                      ⃝ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By KRISTIN H. BRYANT
AR Bar Number 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Kristin.Bryant@usdoj.gov

AO  442  (Rev. 01/09)  Arrest Warrant (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

**RECEIVED**

**MAY 0 8 2025**

**USMS E/AR**

United States of America

v.                                                    Case No.:   4:25CR00018-03 JM

Sandra   Fregoso Sanchez

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                    **Sandra   Fregoso Sanchez**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☒ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows: **18 USC 371 and 922(a)(5): Conspiracy to transfer a firearm to an out of state resident, as further explained in the attached documents.**

Date:   May 7, 2025

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas

_____
**TAMMY H. DOWNS, CLERK**
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*