## ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Susan van Keulen<br>U.S. Magistrate Judge | **RE:** | FREGOSO SANCHEZ, Sandra |
| **FROM:** | Allyse Johnson<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:25-mj-70622-MAG |
| **Date:** | June 3, 2025 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Allyse Johnson | 415-436-7508 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

REMOVE:

1. Defendant must remain at his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-approved obligations; or other activities approved in advance by Pretrial Services.

2. Defendant must submit to location monitoring as directed by Pretrial Services.

MODIFY:

1. Defendant must not use alcohol at all and must not use or possess any narcotic or other controlled substance without a legal prescription.

ADD:

1. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.

2. Defendant must continue or actively seek employment, or continue or start an education program approved by Pretrial Services.

3. Defendant may travel to the Eastern District of Arkansas for court purposes only.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_*Susan van Keulen*_____   ___June 3, 2025_____
**JUDICIAL OFFICER**                                           **DATE**